UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA HALL, *et al.*,<br><br>**Plaintiffs**,<br><br>v.<br><br>**DISTRICT OF COLUMBIA BOARD OF ELECTIONS**,<br><br>**Defendant.** | No. 23-cv-1261 |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendant District of Columbia Board of Elections (the District) removes *Hall v. District of Columbia Board of Elections*, No. 2023-CAB-001544, from the Superior Court for the District of Columbia to this Court. A party may remove a civil action brought in Superior Court if this Court would have original jurisdiction over the action. 28 U.S.C. §§ 1441(a), 1451(1). This Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." *Id.* § 1331. Here, Plaintiffs' Complaint alleges four federal constitutional claims. Def.'s Ex. A, Compl. ¶¶ 55–70. This action thus "aris[es] under the Constitution." 28 U.S.C. § 1331. Venue is proper in this district because Plaintiffs challenge a District law enacted by the D.C. Council, so a "substantial part of the events or omissions giving rise to the claim occurred" in this district. *Id.* § 1391(b)(2). This notice of removal is timely because it is filed on May 4, 2023, and the District was served with the Complaint on April 5. *See id.* § 1446(b)(1) (notice of removal is timely if "filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading"). Copies of all process, pleadings, and orders served

on the District are attached.  After this notice of removal is filed in this Court, the District will file the notice with the Clerk of the Court for the Superior Court and serve a copy on Plaintiffs.

Date: May 4, 2023.                                           Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ Adam J. Tuetken
ADAM J. TUETKEN [242215]
PAMELA A. DISNEY [1601225]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendant*