UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA HALL, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS,<br><br>    Defendant. | No. 1:23-cv-01261-ABJ |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND TO SET A BRIEFING SCHEDULE

Defendant moves under Rule 6(b)(1)(A) for an extension of the deadline to respond to the Complaint [1-1] and to set a briefing schedule for a motion to dismiss. The Parties have conferred and agreed to a briefing schedule. With Plaintiffs' consent, Defendant respectfully requests that the Court adopt the following schedule:

1. Defendant's motion to dismiss or responsive pleading is due June 7, 2023.
2. Plaintiffs' opposition to Defendant's motion to dismiss is due July 14, 2023.
3. Defendant's reply brief is due July 28, 2023.

This Court may extend an existing deadline on a showing of good cause, Fed. R. Civ. P. 6(b)(1)(A), and good cause generally exists where there is a "valid reason for [ ] delay," *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). Plaintiffs' Complaint presents a number of complex and important issues, so both Parties would benefit from an extended briefing schedule to ensure enough time to devote the necessary attention to addressing those issues. Further, adhering to the standard briefing schedule would require work during periods when the undersigned counsel

had already planned to take leave. The proposed briefing schedule will ensure counsel can amply address Plaintiffs' Complaint amid those absences.

    If the Court grants this request, this will be the first extension of any deadlines in this case. A proposed order is attached.

Dated: May 8, 2023.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]
PAMELA A. DISNEY [1601225]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA HALL, *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA BOARD OF ELECTIONS,**<br><br>**Defendant.** | No. 1:23-cv-01261-ABJ |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND TO SET A BRIEFING SCHEDULE

In support of its consent motion for an extension of time to respond to the Complaint and to set a briefing schedule, Defendant submits the following:

1. Rules 6(b)(1) and 7(b) of the Federal Rules of Civil Procedure;

2. Defendant's showing of good cause, as stated in the motion;

3. Plaintiffs' consent; and

4. The inherent power of the Court.

Dated: May 8, 2023.                     Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

2

                    */s/ Adam J. Tuetken*
                    ADAM J. TUETKEN [242215]
                    PAMELA A. DISNEY [1601225]
                    Assistant Attorneys General
                    400 6th Street, NW
                    Washington, D.C. 20001
                    Phone: (202) 735-7474
                    Email: adam.tuetken@dc.gov

                    *Counsel for Defendant*

2