UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA HALL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA BOARD OF ELECTIONS, <br><br> Defendant. | No. 1:23-cv-01261-ABJ |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to Respond to the Complaint and to Set a Briefing Schedule (Motion) and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the following schedule shall govern proceedings in this case:

1. Defendant's motion to dismiss or responsive pleading is due June 7, 2023.

2. Plaintiffs' opposition to Defendant's motion to dismiss is due July 14, 2023.

3. Defendant's reply brief is due July 28, 2023.

**SO ORDERED**.

Date: _____

_____
Hon. Amy Berman Jackson
United States District Judge