**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **STACIA HALL, *et al.*,**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA BOARD OF ELECTIONS,**<br><br>***Defendant*.** | **No. 1:23-cv-01261-ABJ** |

**DECLARATION OF PLAINTIFF STACIA HALL**

Pursuant to 28 U.S.C. §§ 1653 and 1746, I, Stacia Hall, state the following:

1. I am over eighteen years of age and have personal knowledge of the facts set forth below.
2. I am a United States citizen and resident of the District of Columbia. I live at 3726 Connecticut Avenue NW, Apt 109, Washington, DC 20008.
3. I am a registered member of the District of Columbia Republican Party.
4. I first ran for public office in the District of Columbia in 2022. In that election, I was the Republican candidate for Mayor of the District of Columbia.
5. Although I lost the 2022 election, I knew then that this was the beginning of my fight for the people of D.C. I wanted to continue fighting to serve the District and knew that part of that effort would be to run for public office again in the 2024 elections.
6. After my loss in the 2022 election, I discussed my intention to run for office again with other members of the District of Columbia Republican party.

7. At the time this lawsuit was filed, I was planning to run for public office in the District in 2024, and was being pressed by other members of the District of Columbia Republican Party to run for the at-large seat on the District of Columbia Council in the 2024 election.
8. In the summer of 2023, I finalized my plans for the 2024 election, and decided that, instead of running for D.C. Council, I would run for the at-large position on the District of Columbia Board of Education.
9. I am currently a candidate for the at-large seat on the District of Columbia Board of Education.
10. The election for the District of Columbia Board of Education is on November 5, 2024.
11. I brought the present lawsuit because I believe allowing aliens to vote in District of Columbia municipal elections violates the U.S. Constitution.
12. I have publicly fought against allowing aliens to vote in District of Columbia municipal elections.
13. Due to my campaign against allowing alien voting, I believe that aliens would be much less likely to vote for me than would citizens in the election for the District of Columbia Board of Education, and thus that the law permitting aliens to vote will hurt my chances in that election.
14. As a potential officeholder I have an interest in ensuring that the votes tallied during District of Columbia elections reflect legally cast votes and not an inaccurate final vote tally.
15. As a candidate for office and potential officeholder, I will be impacted if illegally cast ballots are counted in the final vote tally.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 29 day of February, 2024

Stacia Hall
Stacia Hall