UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA HALL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 23-1261 (ABJ) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| BOARD OF ELECTIONS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's motion to dismiss [Dkt. # 8] is **GRANTED** and the above-captioned case is **DISMISSED**. This is a final, appealable order.

*/s/ Amy B. Jackson*
AMY BERMAN JACKSON
United States District Judge

DATE: March 20, 2024