UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA HALL, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> DISTRICT OF COLUMBIA BOARD OF ELECTIONS, <br><br> **Defendant.** | No. 1:23-cv-01261-ABJ |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Defendant District of Columbia Board of Elections (the District) cross-appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order and opinion entered in this action on March 20, 2024 [19 & 20] dismissing Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction.  Plaintiffs filed a notice of appeal from that judgment on April 16 [21], which was docketed in the Court of Appeals on April 18, *see* No. 24-7050 (D.C. Cir.), ECF No. 2050122.  Under Federal Rule of Appellate Procedure 4(a)(3), this notice of cross-appeal is timely filed within 14 days of Plaintiffs' filing their notice of appeal.

Date: April 29, 2024.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ Honey Morton
HONEY MORTON [1019878]
Assistant Chief, Equity Section

/s/ Adam J. Tuetken
ADAM J. TUETKEN [242215]
PAMELA A. DISNEY [1601225]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendant*