AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Stacia Hall, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01261 |
| District of Columbia Board of Elections | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Stacia Hall, et al.                                    .

Date:   08/06/2025

/s/ Matt Crapo
*Attorney's signature*

Matt A. Crapo, DC Bar No. 473355
*Printed name and bar number*

Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
*Address*

mcrapo@irli.org
*E-mail address*

(571) 435-3582
*Telephone number*

(202) 464-3590
*FAX number*