UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA HALL, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA BOARD OF ELECTIONS,** <br><br> **Defendant.** | No. 1:23-cv-01261-ABJ |

## JOINT STATUS REPORT

The Court ordered the Parties to "meet and confer, and submit a status report with a proposed schedule for further proceedings by August 8, 2025." July 31, 2025, Min. Order. By way of background, at the outset of this case, Defendant District of Columbia Board of Elections (District) moved to dismiss Plaintiffs' Complaint for lack of jurisdiction or failure to state a claim [8]. The Court dismissed the Complaint for lack of jurisdiction, concluding that Plaintiffs lacked standing, and so did not address the District's Rule 12(b)(6) arguments [19, 20]. Plaintiffs appealed [21], and the D.C. Circuit reversed and remanded, concluding that at least one Plaintiff had plausibly alleged standing, *Hall v. D.C. Bd. of Elections*, 141 F.4th 200 (D.C. Cir. 2025).

Because neither this Court nor the D.C. Circuit has addressed the District's Rule 12(b)(6) grounds for dismissal, the District intends to renew its Rule 12(b)(6) motion. Nonetheless, that motion was briefed two years ago. Accordingly, the Parties agree that they should re-brief the motion so they can add any case law issued or further thoughts developed since the motion was

briefed. To that end, the Parties respectfully request that the Court enter the following schedule for briefing on a renewed motion to dismiss for failure to state a claim:

| Event | Date |
|---|---|
| Defendant's Renewed Motion to Dismiss due | Sept. 26, 2025 |
| Plaintiffs' Opposition to Defendant's Renewed Motion to Dismiss due | Oct. 31, 2025 |
| Defendant's Reply in Support of its Renewed Motion to Dismiss due | Nov. 21, 2025 |

Date: August 7, 2025

*/s/ Matt Crapo*
Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Ste 335
Washington, DC 20001
(202) 232-5590
mcrapo@irli.org

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendant*