UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STACIA HALL**, *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA BOARD OF ELECTIONS,**<br><br>    **Defendant.** | No. 1:23-cv-01261-ABJ |

## ORDER

Upon consideration of Defendant's Renewed Motion to Dismiss Plaintiffs' Complaint (Motion), Plaintiffs' Opposition, Defendants' Reply, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint is dismissed with prejudice.

**SO ORDERED**.

Date: _____

                                                                Hon. Amy Berman Jackson
                                                                United States District Judge