IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA HALL, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS,<br><br>      Defendant. | Case No. 1:23-cv-01261-ABJ |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S RENEWED MOTION TO DISMISS**

In accordance with Fed. R. of Civ. P. 6(b)(1)(A), Plaintiffs seek a twenty-one-day extension of their deadline to respond to Defendant's renewed motion to dismiss (ECF Doc. 29), up to and including November 21, 2025, along with a corresponding extension of Defendant's reply deadline until December 19, 2025. The parties have conferred regarding this extension request, and Defendant does not oppose this motion.

This Court may extend an existing deadline on a showing of good cause, Fed. R. Civ. P. 6(b)(1)(A), and good cause generally exists where there is a "valid reason for delay," *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (quotation omitted). Plaintiffs' opposition to Defendant's renewed motion to dismiss is currently due by October 31, 2025. Plaintiffs seek a twenty-one (21) day extension of their current deadline because counsel for Plaintiffs have recently learned that lead-Plaintiff Stacia Hall has moved from D.C. to Florida, and therefore need additional time to confer with Plaintiffs for the purpose of supplementing jurisdictional allegations in the complaint. In addition, counsel for Plaintiffs must attend to unusual and unanticipated

1

demands in other litigation during the latter half of October and early November, including the filing of five appellate amicus briefs and two amicus briefs in support of a petition for certiorari.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant its motion for an extension of time and reset the briefing schedule so that Plaintiffs' response to Defendant's renewed motion to dismiss will be due by November 21, 2025, and Defendant's reply in support of its renewed motion to dismiss will be due by December 19, 2025.

Dated: October 15, 2025                    Respectfully submitted,

                                           s/ Christopher J. Hajec
                                           CHRISTOPHER J. HAJEC
                                           D.C. Bar No. 492551
                                           MATT A. CRAPO
                                           D.C. Bar No. 473355
                                           Federation for American Immigration Reform
                                           25 Massachusetts Ave., NW, Suite 330
                                           Washington, DC 20001
                                           (202) 328-7004
                                           chajec@fairus.org
                                           mcrapo@fairus.org

                                           Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of October 2025, I electronically filed the foregoing motion—together with a proposed order—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all parties' counsel.

                                                                  s/ Christopher J. Hajec
                                                                  CHRISTOPHER J. HAJEC