IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA HALL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-01261-ABJ |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' unopposed motion for an extension of time to respond to Defendant's renewed motion to dismiss. For the reasons set forth in Plaintiffs' motion, the motion is GRANTED. Plaintiffs' response is now due by November 21, 2025, and Defendant's reply is now due by December 19, 2025.

SO ORDERED.

Dated this _____ day of October 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE AMY BERMAN JACKSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE