IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA HALL, *et al.*,<br><br>  Plaintiffs,<br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF EELECTIONS,<br><br>  Defendant. | Case No. 1:23-cv-01261-ABJ<br>Judge Amy Berman Jackson |

**CONSENTED TO MOTION FOR LEAVE TO FILE AMEND COMPLAINT PURSUANT TO F.R.C.P. 15(A)(2) AND TO DISMISS PLAINTIFF STACIA HALL**

Pursuant to Fed. R. Civ. Pro. 15(a), 16, Local Rule 15.1 and 28 U.S.C. §§ 1653 and 1746, Plaintiffs respectfully move the Court for leave to file their Amended Complaint. In support of this Motion, Plaintiffs aver:

**STATEMENT OF FACTS**

1. Counsel for Plaintiffs has met and conferred with Counsel for Defendants, and Defendant consents to this motion.

2. Plaintiffs filed their original complaint in the District of Columbia Superior Court on March 14, 2023. The Defendant removed the case to this Court on May 4, 2023. On March 20, this Court granted Defendant's motion to dismiss for lack of standing, which order the Circuit Court of Appeals for the D.C. Circuit reversed on June 20, 2025. The mandate issued returning the case to this Court on July 29, 2025.

3. On September 26, 2025, the Defendant renewed its Motion to Dismiss and, on October 16, this Court granted a consent motion for extension of time to file a response to the Defendant's Motion.

1

4. The Proposed Amended Complaint, attached hereto as Exhibit 1, makes only changes related to parties and jurisdictional facts. Specifically, the proposed amended complaint:

   a. Dismisses Stacia Hall as a plaintiff, as she has moved out of the District of Columbia and no longer wishes to be a plaintiff in this action;

   b. Restyles the action to reflect Hall's voluntary dismissal and replacement with Ralph Chittams as the lead plaintiff; and

   c. Amends the descriptions of the parties to reflect the D.C. Circuit's recent opinion and to clarify matters related to jurisdiction and standing identified in previous filings.

### STATEMENT OF POINTS AND AUTHORITIES

5. Fed. R. Civ. Pro. 15 is the "normal procedure for requesting an amendment to the complaint in federal court." *Gov't of Guam v. Am. President Lines*, 28 F.3d 142, 150 (D.C. Cir. 1994). The process in this District is to include a copy of "the proposed amendment or new pleading" as an exhibit. *Id*. *See also* Local R. 7(i) and 15.1.

6. Traditionally, plaintiffs may amend their complaint before the filing of a responsive pleading. Where a district court has granted a motion to dismiss, however, a plaintiff may amend the complaint "only by leave of court or by written consent of the adverse party." *Confederate Memorial Association v. Hines*, 995 F.2d 295, 299 (D.C. Cir. 1993).

7. Additionally, Fed. R. Civ. Pro. 15(a) contemplates that a court will freely grant leave to file an amended complaint when the interests of justice so require. In the District of Columbia, leave to amend "should be freely given unless there is good reason to the contrary." *Parker v. John Moriarty & Associates*, 320 F.R.D. 95, 97 (D.D.C. 2017), *citing Willoughby v.*

*Potomac Elec. Power Co.*, 100 F.3d 999, 1003 (D.C. Cir. 1996). *See also De Csepel v. Republic of Hungary*, 859 F.3d 1094, 1110 (D.C. Cir. 2017).

8. All the proposed amendments relate back to the to the Complaint, as they clarify the positions of the plaintiffs at that time and are not "separated in time and type." *Mayle v. Felix*, 545 U.S. 644, 657 (2005).

9. In this case, there is good reason to amend the Complaint. First, Defendant has provided its consent. Second, Ms. Hall has indicated she no longer wishes to proceed. Therefore, she should be dismissed as a party and the case restyled with Mr. Chittams as the lead plaintiff. The remaining changes only pertain to the party descriptions and were necessitated by prior proceedings and filings in this case. Those party descriptions relate back to the original complaint and provide greater details of plaintiffs' civil and electoral participation. Because the proposed amendments do not make any changes to the substantive allegations, the Defendant will not be prejudiced, and this Court may consider the renewed Motion to Dismiss.

## Conclusion

Wherefore, Plaintiffs respectfully ask that this Court grant its Consent Motion for Leave to Amend its Complaint.

Respectfully submitted this 21st day of November 2025.

/s/Christopher J. Hajec
Christopher J. Hajec
Matt A. Crapo
Federation for American Immigration Reform
25 Massachusetts Avenue, NW
Suite 330
Washington, DC 20001
(202) 328-7004
chajec@fairus.org
mcrapo@fairus.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel of record for Plaintiffs certifies that this document is less than 45 pages and is formatted using 12-point font and is double-spaced, complying with the requirements of L.R. 5.1(d) and 7(e)

s/ Christopher J. Hajec
Christopher J. Hajec

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of November 2025, I electronically filed the foregoing stipulation to amend along with a proposed copy of the amended complaint, with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Notice of this filing will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                                                           s/ Christopher J. Hajec
                                                                           Christopher J. Hajec

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACIA HALL, *et al.*,<br><br>　　Plaintiffs,<br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF EELECTIONS,<br><br>　　Defendant. | Case No. 1:23-cv-01261-ABJ<br>Judge Amy Berman Jackson |

### **[PROPOSED] ORDER GRANTING LEAVE TO AMEND COMPLAINT**

The Parties having met and conferred and good caused demonstrated therefore, the Court has considered the Plaintiff's Consented to Motion for Leave to Amend the Complaint. After consideration of the Motion and proposed Amended Complaint filed therewith and the applicable standards under Fed. R. Civ. Pro. 15(a)(2) and 16, this Court hereby ORDERS that the proposed Amended Complaint attached as an exhibit to the Motion be filed.

This Court further ORDERS that Stacia Hall be dismissed from this action, replaced as lead plaintiff by Ralph Chittams, and that this case be restyled as *Chittams v. District of Columbia Board of Elections*.

　　　　　　　　　　　　　　　　Dated this ___ day of [November], 2025

　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　Judge Amy Berman Jackson