UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RALPH CHITTAMS**, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA BOARD OF ELECTIONS**,<br><br>　　Defendant. | No. 1:23-cv-01261-ABJ |

## ORDER

Upon consideration of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (Motion), Plaintiffs' Opposition, Defendant's Reply, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Amended Complaint is dismissed with prejudice.

**SO ORDERED**.

Date: _____

　　　　　　　　　　　　　　　　　Hon. Amy Berman Jackson
　　　　　　　　　　　　　　　　　United States District Judge