IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH CHITTAMS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS,<br><br>    Defendant. | Case No. 1:23-cv-01261-ABJ |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

In accordance with Fed. R. of Civ. P. 6(b)(1)(A), Plaintiffs seek a twenty-seven-day extension of their deadline to respond to Defendant's motion to dismiss (ECF Doc. 34), up to and including January 20, 2026, along with a corresponding extension of Defendant's reply deadline until February 17, 2026. The parties have conferred regarding this extension request, and Defendant does not oppose this motion.

This Court may extend an existing deadline on a showing of good cause, Fed. R. Civ. P. 6(b)(1)(A), and good cause generally exists where there is a "valid reason for delay," *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (quotation omitted). Plaintiffs' opposition to Defendant's motion to dismiss is currently due by December 24, 2025. Plaintiffs seek a twenty-seven (27) day extension of their current deadline because counsel for Plaintiffs will be out of the office for significant periods during the latter half of December and must attend to unusual and unanticipated demands in other litigation in early January, including the filing of five amicus briefs during this period (several deadlines have shifted into January due to extensions granted to other parties in other cases).

1

For the foregoing reasons, Plaintiffs respectfully request that the Court grant its motion for an extension of time and reset the briefing schedule so that Plaintiffs' response to Defendant's motion to dismiss will be due by January 20, 2026, and Defendant's reply in support of its motion to dismiss will be due by February 17, 2026.

Dated: December 16, 2025               Respectfully submitted,

                                       s/ Matt Crapo                         
                                       MATT A. CRAPO
                                       D.C. Bar No. 473355
                                       CHRISTOPHER J. HAJEC
                                       D.C. Bar No. 492551
                                       Federation for American Immigration Reform
                                       25 Massachusetts Ave., NW, Suite 330
                                       Washington, DC 20001
                                       (202) 328-7004
                                       mcrapo@fairus.org
                                       chajec@fairus.org

                                       Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December 2025, I electronically filed the foregoing motion—together with a proposed order—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all parties' counsel.

s/ Matt Crapo