IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH CHITTAMS, *et al.*,<br><br>            Plaintiffs,<br>v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS,<br><br>            Defendant. | Case No. 1:23-cv-01261-ABJ |

### [PROPOSED] ORDER

Before the Court is Plaintiffs' consent motion for an extension of time to respond to Defendant's motion to dismiss. For the reasons set forth in Plaintiffs' motion, the motion is GRANTED. Plaintiffs' response is now due by January 20, 2026, and Defendant's reply is now due by February 17, 2026.

SO ORDERED.

Dated this _____ day of December 2025

_____
THE HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE