UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RALPH CHITTAMS,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA BOARD OF ELECTIONS,** <br><br> **Defendant.** | No. 1:23-cv-01261-ABJ |

### CONSENT MOTION FOR AN EXTENSION OF THE DEADLINE TO FILE DEFENDANT'S REPLY

The District of Columbia (the District), on behalf of Defendant District of Columbia Board of Elections, moves under Rule 6(b)(1)(A) for an extension of the deadline to file its reply in support of its Motion to Dismiss Plaintiffs' Amended Complaint [34]. The District's reply is currently due February 17, 2026. The District requests that the deadline be extended by two weeks to March 10. The District conferred with Plaintiffs, and Plaintiffs consent to the relief requested.

This Court may extend an existing deadline on a showing of good cause, Fed. R. Civ. P. 6(b)(1)(A), and good cause generally exists where there is a "valid reason for [ ] delay," *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). The undersigned counsel has recently been occupied with unforeseen briefing demands, which have taken counsel away from this case. As a result, a short extension is needed to complete the brief and circulate it to the necessary stakeholders, including the Office of the Solicitor General.

Pursuant to LCvR 7(a), this Motion includes all supporting points of law and authority. A proposed order is attached, as required by LCvR 7(c).

Date: February 12, 2026                              Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Adam J. Tuetken*
ADAM J. TUETKEN [242215]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendant*