UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RALPH CHITTAMS,** *et al.*,<br><br>　Plaintiffs,<br><br>　v.<br><br>**DISTRICT OF COLUMBIA BOARD OF ELECTIONS,**<br><br>　Defendant. | No. 1:23-cv-01261-ABJ |

## ORDER

Upon consideration of Defendant's Consent Motion for an Extension of the Deadline to File Defendant's Reply (Motion), Plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant's reply in further support of its Motion to Dismiss Plaintiffs' Amended Complaint is due no later than March 10, 2026.

**SO ORDERED**.

Date: _____

　　　　　　　　　　　　　　　　　　　　　Hon. Amy Berman Jackson
　　　　　　　　　　　　　　　　　　　　　United States District Judge